(A.R.D. 237)

UNITED STATES *v.* HADDAD & SONS, INC.

Entry Nos. 766144; 23067.

Second Division, Appellate Term

(Decided March 28, 1968)

*Edwin L. Weisl, Jr.,* Assistant Attorney General, for the appellant.
*James G. McGoldrick* for the appellee.

Before RAO, FORD, and BECKWORTH, Judges

RAO, Chief Judge: This application for review of the decision and judgment heretofore rendered by Judge David J. Wilson (R.D. 10874) having been formally abandoned, the same is hereby dismissed.

Judgment will be entered accordingly.